UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 09-64458 |
| DIAMOND, STEVEN ALAN, | ) | |
| DBA DMS MENSWEAR | ) | |
| CORPORATION, | ) | |
| DBA DIAMOND'S HARVARD, LLC, | ) | |
| DBA DIAMOND'S SEVERANCE, LLC, | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge  Preston |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS

**TO THE CLERK OF COURT:**

The attached check in the amount of $1.01 represents the sum of unclaimed and small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| American Express Bank FSB<br>C/O Becket and Lee LLP<br>P O Box 3001<br>Malvern, PA  19355-0701 | #12 | $1.01 |

| Total Unclaimed/Small<br>Dividends $25.00 or Under | | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|---|
| $1.01 | | $0.00 |

Dated: October 25, 2011              /s/   Myron N. Terlecky
                                    Myron N. Terlecky, Trustee

THIS CHECK HAS VARIOUS SECURITY FEATURES INCLUDING COLORED BACKGROUND, MICROPRINTING & WATERMARK

**Virginia National Bank**

Myron N. Terlecky, Trustee
575 S. Third St.
Columbus OH 43215

Case #:  09-64458-CKP
Case:    DIAMOND, STEVEN ALAN    Debtor(s).

P O Box 2853
Charlottesville, VA - 22902

VOID AFTER 90 DAYS    DATE: 10/21/2011    CHECK NO:    5012

PAY:    ONE AND 01 / 100    $1.01

TO THE ORDER OF:    Clerk, US Bankruptcy Court

Trustee

Small Dividends

⑈ 000 5012 ⑈